## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MEGAN H. COWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00171-AGF |
| | ) | |
| DISCOVER BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiff Megan Cowden's Notice of Voluntary Dismissal, filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 5. The Court will allow Plaintiff to voluntarily dismiss this case under Federal Rule 41(a), without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Voluntary Dismissal [ECF No. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**. A separate order of dismissal will be entered herewith.

**IT IS FINALLY ORDERED** that Plaintiff's pending motion to designate this case as private [ECF No. 2] is **DENIED as moot**.

Dated this 22nd day of May, 2025.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE